B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Colorado

In re   **Mullare-Murphy Funeral Home, Inc.**                                        Case No.   **14-24676**
                                    Debtor(s)                                        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Century Administrative Service**<br>**109 W. Main St.**<br>**Trinidad, CO 81082** | **Century Administrative Service**<br>**109 W. Main St.**<br>**Trinidad, CO 81082** | **Auto Insurance** | | **482.35** |
| **Century Business Services**<br>**109 W. Main St.**<br>**Trinidad, CO 81082** | **Century Business Services**<br>**109 W. Main St.**<br>**Trinidad, CO 81082** | **Insurance Premium** | | **132.83** |
| **Century Financial Group**<br>**109 W. Main St.**<br>**Trinidad, CO 81082** | **Century Financial Group**<br>**109 W. Main St.**<br>**Trinidad, CO 81082** | **Accounting Services** | | **353.00** |
| **Century Link**<br>**PO Box 29040**<br>**Phoenix, AZ 85038-9040** | **Century Link**<br>**PO Box 29040**<br>**Phoenix, AZ 85038-9040** | **Phone** | | **212.99** |
| **City of Trinidad**<br>**PO Box 880**<br>**Trinidad, CO 81082** | **City of Trinidad**<br>**PO Box 880**<br>**Trinidad, CO 81082** | **Utilities** | | **633.26** |
| **Colorado Department of Revenue**<br>**1375 Sherman St.**<br>**Denver, CO 80261** | **Colorado Department of Revenue**<br>**1375 Sherman St.**<br>**Denver, CO 80261** | **Sales Tax** | | **365.00** |
| **Dex Media**<br>**PO Box 78041**<br>**Phoenix, AZ 85062-8041** | **Dex Media**<br>**PO Box 78041**<br>**Phoenix, AZ 85062-8041** | **Trade debt** | | **60.50** |
| **Direct TV**<br>**PO Box 78626**<br>**Phoenix, AZ 85062-8626** | **Direct TV**<br>**PO Box 78626**<br>**Phoenix, AZ 85062-8626** | **Trade debt** | | **133.88** |
| **Duran Oil**<br>**PO Box 810**<br>**Trinidad, CO 81082** | **Duran Oil**<br>**PO Box 810**<br>**Trinidad, CO 81082** | **Gasoline purchase** | | **35.28** |
| **International Bank**<br>**320 North Convent St.**<br>**Trinidad, CO 81082** | **International Bank**<br>**320 North Convent St.**<br>**Trinidad, CO 81082** | **Vehicles, equipment and inventory** | **Contingent** | **731,017.00**<br><br>**(12,000.00 secured)** |
| **Keith Merrick Company**<br>**PO Box 257**<br>**Sibley, IA 51249** | **Keith Merrick Company**<br>**PO Box 257**<br>**Sibley, IA 51249** | **Trade debt** | | **105.03** |

B4 (Official Form 4) (12/07) - Cont.

In re **Mullare-Murphy Funeral Home, Inc.**      Case No. **14-24676**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Matthews International Corporation<br>2 Northshore Center, Suite 100<br>Pittsburgh, PA 15212 | Matthews International Corporation<br>2 Northshore Center, Suite 100<br>Pittsburgh, PA 15212 | Trade debt | | 23,537.02 |
| Pierce Companies<br>4722 Bronze Way<br>Dallas, TX 75236-3658 | Pierce Companies<br>4722 Bronze Way<br>Dallas, TX 75236-3658 | Trade debt | | 256.98 |
| Right Way Disposal<br>820 Arizona Ave., Suite 812<br>Trinidad, CO 81082 | Right Way Disposal<br>820 Arizona Ave., Suite 812<br>Trinidad, CO 81082 | Trade debt | | 48.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **October 29, 2014**      Signature **/s/ Thomas J. Murphy**
                                                                              **Thomas J. Murphy**
                                                                              **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.